IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WESLEY MASSEY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-271 |
| ) | |
| ) | Judge Susan Paradise Baxter |
| **LEE ESTOCK, et al.,** ) | Magistrate Judge Patricia L. Dodge |
| Respondents. ) | |

**MEMORANDUM ORDER**

This habeas action was received by the Clerk of Court on September 14, 2020 and was referred to United States Magistrate Judge Patricia L. Dodge, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On March 11, 2021, Magistrate Judge Dodge issued a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed and that a certificate of appealability be denied. ECF No. 25. No Objections were filed by either Petitioner or Respondents.

After *de novo* review of the petition and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 30th day of March 2021;

IT IS ORDERED that the petition for writ of habeas corpus is dismissed.

IT IS FURTHER ORDERED that a certificate of appealability is denied.

1

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Dodge, issued on March 11, 2021 [ECF No. 25] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge